IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HILDA L. SOLIS, Secretary of Labor,<br>United States Department of Labor, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3134 |
| | ) | |
| V. | ) | |
| | ) | |
| WHITE FARMS TRUCKING, INC.,<br>TRIPLE C TRANSPORT, L.L.C,<br>CRAIG WHITE, individually, and<br>VONNIE WHITE, individually, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that a telephonic conference before the undersigned magistrate is set for January 18, 2011 at 11:00 a.m. to address the status of finalizing the settlement of this case. Counsel for plaintiff shall initiate the call.

DATED this 4th day of January, 2011.

BY THE COURT:

*S/ Cheryl R. Zwart*
United States Magistrate Judge