## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) ) | CIVIL ACTION FILE NO. 4:10-cv-3134 |
| Plaintiff, | ) ) | ORDER GRANTING LEAVE TO WITHDRAW AS ATTORNEY |
| v. | ) ) | FOR DEFENDANTS |
| WHITE FARMS TRUCKING, INC., TRIPLE C TRANSPORT, LLC, and CRAIG WHITE and VONNIE WHITE, Individually, | ) ) ) ) ) | |
| Defendants. | ) | |

THIS MATTER COMES before the Court upon the Motion to for Leave to Withdraw as Attorney for Defendants filed by Bradford E. Kistler, attorney of record for defendants White Farms Trucking, Inc., Triple C Transport, LLC, and Craig White and Vonnie White. The Court, being fully advised in the premises, finds that the motion should be granted.

IT IS THEREFORE ORDERED that Bradford E. Kistler, attorney of record for defendants White Farms Trucking, Inc., Triple C Transport, LLC, and Craig White and Vonnie White, is hereby granted leave to withdraw as attorney for said defendants.

DATED this 23rd day of March, 2011.

BY THE COURT:

*[signature]*

U. S. Magistrate Judge

Prepared and submitted by:
BRADFORD E. KISTLER - #12243
Attorney for Defendants
KINSEY ROWE BECKER & KISTLER, LLP
121 South 13th Street, Suite 601
P.O. Box 85778
Lincoln, Nebraska  68501-5778
(402) 438-1313 (EXT. 15)
(402) 438-1654 (FAX)