IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HILDA L. SOLIS, Secretary of Labor,<br>United States Department of Labor, | )<br>)<br>) | |
| Plaintiff, | )<br>) | 4:10CV3134 |
| v. | )<br>) | |
| WHITE FARMS TRUCKING, INC.,<br>TRIPLE C TRANSPORT, L.L.C, CRAIG<br>WHITE, individually, and VONNIE<br>WHITE, individually, | )<br>)<br>)<br>)<br>) | MEMORANDUM AND ORDER |
| Defendants. | ) | |

Bradford E. Kistler has withdrawn as counsel for the defendants. Accordingly,

IT IS ORDERED:

1. Defendants Craig White and Vonnie White are given until April 19, 2011 in which to either: (1) obtain the services of substitute counsel and have that attorney file an appearance in their behalf; or (2) indicate, by court filing, that they will litigate this case and their defenses without counsel.

2. Corporations cannot litigate in this forum without representation by licensed counsel. Defendants Triple C Transport, Inc. and White Farms Trucking, Inc. are therefore given until April 19, 2011 to obtain the services of substitute counsel and have an attorney file an appearance on their behalf.

3. The clerk shall mail a copy of this order to the defendants as follows:

Jim Kennedy
Triple C Transport, Inc.
147 East Robert Street
Grand Island, NE 68830

Vonnie White
201 N. First Street
Doniphan, NE 68832

Craig L. White
201 N. First Street
Doniphan, NE 68832

White Trucking, Inc.
201 N. First Street
Doniphan, NE 68832

March 31, 2011

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge