IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HILDA L. SOLIS, Secretary of Labor, | ) | |
| United States Department of Labor, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3134 |
| | ) | |
| v. | ) | |
| | ) | |
| WHITE FARMS TRUCKING, INC., | ) | MEMORANDUM AND ORDER |
| TRIPLE C TRANSPORT, L.L.C, | ) | |
| CRAIG WHITE, individually, and | ) | |
| VONNIE WHITE, individually, | ) | |
| | ) | |
| Defendants. | ) | |

On March 31, 2011, defendants' counsel was granted leave to withdraw. Defendants Triple C Transport, L.L.C.. and White Farms Trucking, Inc. were given until April 19, 2011 in which to obtain the services of substitute counsel and have their respective attorneys file an appearance on their behalf. Defendants Craig White and Vonnie White were given until April 19, 2011 in which to either: (1) obtain the services of substitute counsel and have that attorney file an appearance in their behalf; or (2) indicate, by pleading, that they will litigate this case and their defenses without counsel. Filing No. 14. Substitute counsel entered an appearance on behalf of Triple C Transport, L.L.C. No attorney has entered an appearance on behalf of White Farms Trucking, Craig White or Vonnie White, and Craig White and Vonnie White have not advised the court of their intent to proceed pro se.

IT IS ORDERED:

1) Defendants White Farms Trucking, Inc., Craig White and Vonnie White are each given until May 26, 2011 to show cause why a default should not be entered against them. Absent timely compliance with this order, the court may enter a default against the non-complying defendant(s) without further notice.

2) The clerk shall mail a copy of this order to the defendants as follows:

Vonnie White  
201 N. First Street  
Doniphan, NE 68832

Craig L. White  
201 N. First Street  
Doniphan, NE 68832

White Farms Trucking, Inc.  
201 N. First Street  
Doniphan, NE 68832

DATED this 13th day of May, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*  
United States Magistrate Judge