IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, | ) ) ) | |
| Plaintiff, | ) ) | 4:10CV3134 |
| V. | ) ) | |
| WHITE FARMS TRUCKING, INC., TRIPLE C TRANSPORT, L.L.C, CRAIG WHITE, individually, and VONNIE WHITE, individually, | ) ) ) ) ) | ORDER |
| Defendants. | ) | |

IT IS ORDERED:

1) Counsel for the parties shall confer and, on or before, May 26, 2011 they shall jointly file a Rule 26(f) Report, a copy of which was previously provided to the parties, (filing no. 9).

2) If one or more of the parties believes a planning conference is needed to complete the Rule 26(f) Report, or if the parties cannot agree on one or more of the deadlines identified or case progression issues raised in the attached Rule 26(f) Report, on or before May 23, 2011 a party shall contact my chambers at (402) 437-1670, or by email addressed to zwart@ned.uscourts.gov, to arrange a conference call.

3) The clerk shall mail a copy of this order to the defendants as follows:

Vonnie White
201 N. First Street
Doniphan, NE 68832

Craig L. White
201 N. First Street
Doniphan, NE 68832

White Farms Trucking, Inc.
201 N. First Street
Doniphan, NE 68832

May 13, 2011

BY THE COURT:
*S/ Cheryl R. Zwart*
United States Magistrate Judge