IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, | ) ) ) | 4:10CV3134 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| WHITE FARMS TRUCKING, INC., TRIPLE C TRANSPORT, L.L.C, CRAIG WHITE, individually, and VONNIE WHITE, individually, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Defendant White Farms Trucking, Inc., has filed a suggestion of bankruptcy (filing 16) stating that it filed for Chapter 11 bankruptcy protection on December 21, 2010, in the United States Bankruptcy Court for the District of Nebraska, Case No. BK10-43797.  Based on such filing,

IT IS ORDERED:

1. This case is referred to the United States Bankruptcy Court for the District of Nebraska;

2. This case shall be terminated for statistical purposes by the Clerk of the United States District Court for the District of Nebraska; and

3. The Clerk of the United States District Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 13th day of May, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge