IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | BK10-43797-TJM |
| | ) | A11-4049-TJM |
| WHITE FARMS TRUCKING, INC., | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| HILDA L. SOLIS, Secretary of Labor, | ) | 4:10CV3134 |
| United States Department of Labor, | ) | |
| | ) | |
| | ) | MEMORANDUM |
| Plaintiff, | ) | AND ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| WHITE FARMS TRUCKING, INC., | ) | |
| TRIPLE C TRANSPORT, L.L.C, | ) | |
| CRAIG WHITE, individually, and | ) | |
| VONNIE WHITE, individually, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court upon the report and recommendation of United States Bankruptcy Judge Timothy J. Mahoney (filing 20), who recommends that the reference of this adversary proceeding be withdrawn and the case returned to the United States District Court for the District of Nebraska. No objection to the report and recommendation has been filed by any party within the time permitted by NEGenR 1.5(b)(2). I will adopt the report and recommendation and withdraw the reference that was made on May 13, 2011.

Accordingly,

IT IS ORDERED:

1. Pursuant to the report and recommendation of the United States Bankruptcy Judge (filing 20), referral of this matter to the Bankruptcy Court is withdrawn and this action shall proceed in the United States District Court.

2. This matter is referred to Magistrate Judge Cheryl R. Zwart for further progression, as required.

July 19, 2011.                              BY THE COURT:

                                            *Richard G. Kopf*
                                            United States District Judge