IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HILDA L. SOLIS,<br>SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br>            Plaintiff,<br><br>   v.<br><br>WHITE FARMS TRUCKING, INC.,<br>TRIPLE C TRANSPORT, L.L.C.,<br>CRAIG WHITE, individually, and<br>VONNIE WHITE, individually,<br><br>            Defendants | )<br>)<br>)<br>)  CIVIL ACTION<br>)  NO. 10-cv-3134<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

For good cause shown, the court hereby GRANTS Plaintiff's Motion for Extension of Time to Submit the Parties' Rule 26(f) Report. The parties have up to and including September 6, 2011, to submit their Rule 26(f) Report.

It is so ordered.

Dated this 24th day of August, 2011.

                                                            s/ *Cheryl R. Zwart*
                                                            United States Magistrate Judge