IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HILDA L. SOLIS, Secretary of Labor, | ) | |
| United States Department of Labor, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3134 |
| | ) | |
| v. | ) | |
| | ) | |
| WHITE FARMS TRUCKING, INC., | ) | MEMORANDUM AND ORDER |
| TRIPLE C TRANSPORT, L.L.C, | ) | |
| CRAIG WHITE, individually, and | ) | |
| VONNIE WHITE, individually, | ) | |
| | ) | |
| Defendants. | ) | |

The Secretary of Labor and Triple C Transport, L.L.C., by and through their attorneys of record, have moved to stay these proceedings pending the outcome of a related state court case. Defendants Craig and Vonnie White have no objection to this motion. White Farms Trucking, Inc. and not responded to the motion, and the deadline from responding has passed.  The motion is therefore deemed unopposed.

Having considered the merits of the motion to stay,

IT IS ORDERED:

1)   The motion to stay proceedings, (filing no. 25), is granted. These proceedings are stayed pending the resolution of the contract rescission action currently pending in the Douglas County District Court, as case number CI 11-1581.

2)   While this case is stayed, the Secretary of Labor and Triple C Transport, L.L.C., shall file a joint statement every three months advising the court of the status and anticipated date of final resolution of the pending state court action, with the first such statement filed on or before December 19, 2011.

September 19, 2011.          BY THE COURT:

                             *s/ Cheryl R. Zwart*
                             United States Magistrate Judge