IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor;<br><br>Plaintiff,<br><br>vs.<br><br>WHITE FARMS TRUCKING, INC., TRIPLE C TRANSPORT, L.L.C; CRAIG WHITE, individually; and VONNIE WHITE, individually;<br><br>Defendants. | 4:10CV3134<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

The motion to withdraw filed by Angela M. Boyer as counsel of record on behalf of Triple C Transport, LLC, (filing no. 35), is granted.

October 18, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge